IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DODIE JUNKERT, )
)
Plaintiff, )
)
-v- ) Case Number: 06-CV-03243
)
SHERIFF ROGER W. MASSEY and )
DEWITT COUNTY, ILLINOIS, )
)
Defendants. )

### DEFENDANTS' MOTION FOR DIRECTED VERDICT ON BEHALF OF DEWITT COUNTY, ILLINOIS

NOW COME Defendant, DEWITT COUNTY, ILLINOIS, by its attorneys, Thomas, Mamer & Haughey, LLP, and hereby moves the Court for directed verdict in its favor and against Plaintiff and in support thereof states as follows:

1. Defendant, Roger W. Massey, Sheriff of DeWitt County, Illinois, is sued in his individual capacity. (Complaint, paragraph 3.)

2. Defendant, DeWitt County, Illinois, was joined in this action in accordance with Carver v. Sheriff of LaSalle County, 324 F.3d 947 (7th Circuit 2003). (Complaint, paragraph 4.)

3. Carver v. Sheriff of LaSalle County, states that a county is an indispensible party to a suit seeking damages from that County Sheriff is applicable only to cases in which the Sheriff is sued in his official capacity. 948.

4. No evidence has been introduced that Defendant, Sheriff Roger Massey, acted other than in his individual capacity.

WHEREFORE, Defendant, DEWITT COUNTY, ILLINOIS, prays that a verdict be directed in its favor and against Plaintiff and for costs.

DEWITT COUNTY, ILLINOIS,
Defendant,

THOMAS, MAMER & HAUGHEY, LLP

*/s/ David A. Bailie*
David A. Bailie, Bar No.93564
Thomas, Mamer & Haughey, LLP
30 Main Street, Box 560
Champaign, Illinois 61824-0560
PH:  (217) 351-1500
FAX:  (217) 351-2169
bailie@tmh-law.com